**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: F.R.P., JR., A MINOR | : | No. 46 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: F.R.P., FATHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.